IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| LISA FIELDS, | : | |
|---|---|---|
| Claimant, | : | Case No.: 5:06-cv-199 (CAR) |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | : | |
| Respondent | : | |

*ORDER ON THE REPORT AND RECOMMENDATION*
*OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 15] to remand this case to the Social Security Commissioner. Upon review of the Recommendation, the arguments of counsel, and the record in the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 25th day of September, 2007.

                                                      S/ C. Ashley Royal
                                                     C. ASHLEY ROYAL
                                                     UNITED STATES DISTRICT JUDGE

SSH